UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAND,<br><br>              Plaintiff,<br><br>       v.<br><br>JEFFREY BEZOS and AMAZON,<br><br>              Defendants. | CASE NO. **2:25-cv-02633-LK**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 23rd day of December, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge