UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD, | CASE NO. 2:25-cv-02633-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| JEFFREY BEZOS et al., | |
| Defendants. | |

This matter comes before the Court sua sponte. On February 3, 2026, the Court dismissed pro se Plaintiff Abas Dowlad's complaint for lack of subject matter jurisdiction but granted him leave to file an amended complaint that clearly identified the basis for this Court's subject matter jurisdiction by February 24, 2026. Dkt. No. 8 at 3–4. Because Mr. Dowlad has failed to file a timely amended complaint, the Court DISMISSES his case without prejudice.

Dated this 26th day of February, 2026.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1